**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | | |
|---|---|---|---|
| S.B., | | : | No. 1 WAL 2018 |
| | | : | |
| | Respondent | : | |
| | | : | Petition for Allowance of Appeal from |
| | | : | the Order of the Superior Court |
| | v. | : | |
| | | : | |
| | | : | |
| S.S., | | : | |
| | | : | |
| | Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.